UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VITALIS & DEBRA ONU, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-1777 |
| | § | |
| OCWEN LOAN SERVICING, LLC, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R"), recommending that defendants' motion for judgment on the pleadings (Dkt. 14) be granted. Dkt. 30. The M&R advises that any parties wishing to object to the M&R must do so by May 31, 2016. *Id.* at 8–9. The court has received no objections. The court, having reviewed the M&R, relevant documents in the record, and the applicable law, having received no objections, and finding no error in the Magistrate Judge's recommendation, ADOPTS the M&R in its entirety. For the reasons stated in the M&R, defendants' motion for judgment on the pleadings (Dkt. 14) is GRANTED. A final judgment will issue consistent with this order.

Signed at Houston, Texas on June 3, 2016.

_____
Gray H. Miller
United States District Judge